# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER BITTOLA AND
DANNA BITTOLA, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, ALEXANDER BITTOLA

VERSUS

NEKITA HARMON, OLD REPUBLIC
INSURANCE COMPANY, GELCO
CORPORATION AND 3M COMPANY

NO.  2022 CW 0662

OCTOBER 6, 2022

---

In Re:    Nekita Harmon, Denman Tate, Element Fleet Corp., 3M
          Company & Old Republic Insurance Company, applying for
          rehearing, 22nd Judicial District Court, Parish of St.
          Tammany, No. 2018-10797.

---

**BEFORE:    WELCH, THERIOT, AND LANIER, JJ.**

**REHEARING DENIED.**

**JEW**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT